IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**TRIGINAL D. JACKSON,**

      **Plaintiff,**

vs.                                                   **No. CIV-08-1108 WJ/LAM**

**TOMMY VALDEZ, et al.,**

      **Defendants.**

**ORDER GRANTING PLAINTIFF'S REQUEST TO RESEND DOCUMENTS** *(Doc. 64)*

      **THIS MATTER** is before the Court on Plaintiff's ***Memorandum of Law*** *(Doc. 64)*, filed April 26, 2011, in which Plaintiff states that he has not received copies of Documents 57, 58, or 59, and asks the Court to send those documents to his current address. The Court held a telephonic hearing in this case on May 4, 2011, at which Plaintiff and counsel for Defendants were present telephonically and this request was discussed. [*Doc. 68*]. As explained to Plaintiff at the hearing, Documents 57, 58 and 59 were sent to Plaintiff's e-mail address which was his address of record on the dates the documents were filed (March 29, 2011, March 31, 2011, and April 1, 2011, respectively). On April 7, 2011, Plaintiff filed a notice of change of address to the Metropolitan Detention Center at 100 John Dantis Rd, SW, Albuquerque, NM 87151 (*Doc. 61*), and the Court's docket indicates that Documents 58 and 59 were mailed to him at that address on April 11, 2011. Plaintiff was subsequently sent to the Central New Mexico Correctional Facility in Los Lunas, New Mexico, and, in Document 63, Plaintiff asked the Court to change his address to that location, which the Court did. Plaintiff has since returned to the Metropolitan Detention Center and, at the May 4, 2011 hearing, he asked the Court to change his address back to that address. At the hearing, Plaintiff also asked the Court to send him a second copy of the Memorandum Opinion and Order (*Doc. 55*), which he needs in order to prepare for the upcoming trial in this case. Having considered

the motion and Plaintiff's statements at the May 4, 2011 hearing, the Court finds that the motion is well-taken and should be **GRANTED**.

    **IT IS THEREFORE ORDERED** that the clerk's office **change Defendant's address of record to the Metropolitan Detention Center, 100 John Dantis Rd., SW, Albuquerque, NM 87151.**

    **IT IS FURTHER ORDERED** that the clerk's office **mail copies of Documents 55, 57, 58, 59, and 68,** *and this order*, **to Plaintiff at 100 John Dantis Rd., SW, Albuquerque, NM 87151.**

    **IT IS FURTHER ORDERED** that the clerk's office **fax copies of Documents 55, 57, 58, 59, and 68,** *and this order*, **to Plaintiff's case manager at 505-839-8985, attn: Matt Kitts**, so Plaintiff can receive them in time to prepare for his upcoming trial in this case.

    **IT IS FURTHER ORDERED** that Mr. Jackson shall immediately notify the Court of any future change of address, and that he do so in a separate document, rather than in the body of another document, and that he not combine documents filed in this case with documents filed in any of his other cases.

    **IT IS SO ORDERED.**

    *Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**