IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TRIGINAL D. JACKSON,

    Plaintiff,

v.                                                                   No. 08-CV-1108 WJ/LAM

MATTHEW VOLLMER and
TOMMY VALDEZ,

    Defendants.

## JUDGMENT

THIS MATTER came before the Court on a bench trial held on June 6, 2011. The issues having been duly tried, and the Court having issued its Findings of Fact and Conclusions of Law (Doc. ), concluding that pro se Plaintiff Triginal D. Jackson failed to prove the malicious prosecution claim against Defendant Vollmer brought under 42 U.S.C. § 1983 and the state law battery claim against Defendant Valdez, and concluding that Jackson should be awarded $400 against Vollmer for Jackson's lost property;

**THEREFORE, IT IS ORDERED AND ADJUDGED** that Jackson's malicious prosecution claim brought under 42 U.S.C. § 1983 is dismissed with prejudice;

**IT IS FURTHER ORDERED AND ADJUDGED** that Jackson's state law battery claim is dismissed with prejudice; and

**IT IS FINALLY ORDERED AND ADJUDGED** that Jackson is awarded judgment against Vollmer in the amount of $400, representing the value of Jackson's lost bag and its contents.

2

This judgment disposes of this case in its entirety and is a final, appealable order.

_____
UNITED STATES DISTRICT JUDGE